UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTOINE GOULD,

    Plaintiff,

vs.

AVERY DENNISON
CORPORATION, *et al.*,

    Defendant.

Case No. 3:23-cv-369

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING PLAINTIFF'S MOTION TO STAY LITIGATION PENDING ARBITRATION (Doc. No. 2); (2) STAYING THIS MATTER PENDING THE PARTIES' ARBITRATION PROCEEDINGS; AND (3) REQUIRING PLAINTIFF TO UPDATE THE COURT WITHIN 30 DAYS AFTER THE ARBITRATION PROCEEDINGS CONCLUDE**

---

    This case is before the Court upon Plaintiff's motion to stay litigation pending arbitration (Doc. No. 2). Defendants have not responded in opposition or otherwise replied to this motion. Accordingly, the motion is deemed unopposed. Plaintiff requests a stay of litigation pending an arbitration agreement that may resolve the instant case. *See* Doc. No. 2.

    For good cause shown, Plaintiff's motion to stay litigation pending arbitration (Doc. No. 2) is **GRANTED**. Plaintiff shall notify the Court within 30 days after the issue is or is not resolved in arbitration. If this case becomes moot because of the arbitration proceedings, Plaintiff shall likewise notify the Court within 30 days.

    **IT IS SO ORDERED.**

Date:  March 20, 2024                            s/Michael J. Newman
                                                                                    Hon. Michael J. Newman
                                                                                     United States District Judge